UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

IN RE:

CASE NO. 3:10-bk-06031-PMG
CHAPTER 7 CASE

Janice M. Equi ,
    Debtor(s).

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** is before the Court on the Motion for Relief from the Automatic Stay filed on negative notice by US Bank National Association, its Successors and/or Assigns. ("Movant") on September 14, 2010 (Docket No. 8), and no appropriate response having been filed in accordance with Local Rule 2002-4, it is

**ORDERED**:

1. The Motion for Relief from the Automatic Stay is Granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property located at 1114 North East 10 Street, Ocala, Florida 34470 legally described as:

**LOT 8, BLOCK K, WYOMINA CREST, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK C, PAGE 12, PUBLIC RECORDS OF MARION COUNTY, FLORIDA.**

3. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against Debtor(s).

4. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3).

5.  All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

DATED October 7, 2010 at Jacksonville, Florida.

**Paul M. Glenn**
**Chief United States Bankruptcy Judge**

Copies furnished to:

Ana-laura Diaz, Esq.
Attorney for US Bank
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920

Janice M. Equi
12970 NW 97th Place, Ocala, FL 34482

Aaron R. Cohen, Esq.
P.O. Box 4218, Jacksonville, FL 32201-4218

United States Trustee - JAX 7
135 W Central Blvd Suite 620, Orlando, FL 32801

Peter C. Blinn, Esq.
1800 SE 17th Street, Bldg. 400, Ocala, FL 34471

10-18784 (FRB) FM.ord